UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

CIV -



PARROT, INC., a Texas corporation,

    Plaintiff,

vs.

NICESTUFF DISTRIBUTING INTERNATIONAL,
INC., a Florida corporation.

    Defendant.
_____/

## COMPLAINT

Plaintiff, PARROT, INC. ("Parrot"), hereby sues Defendant, NICESTUFF DISTRIBUTING INTERNATIONAL, INC. ("Nicestuff"), and states:

### THE PARTIES

1. Plaintiff, Parrot, is a New York corporation, with its principal place of business in Austin, Texas.

2. Defendant, Nicestuff, is a Florida corporation, with its principal place of business in Dania Beach, Florida.

### JURISDICTION AND VENUE

3. The Court has original jurisdiction of this Complaint pursuant to 28 U.S.C. Section 1332(a)(1) in that there exists diversity of citizenship between the plaintiff and the defendant as citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.



1

4.	Venue is proper in the United States District Court for the Southern District of Florida because the defendant has its principal place of business in Florida and in this district, and a substantial part of the events and transactions giving rise to the claims occurred and continue to occur in this district. Venue is proper here under 28 U.S.C. Section 1391.

## CONDITIONS PRECEDENT

5.	All conditions precedent to bringing this action have occurred, have been met or have been waived.

## GENERAL ALLEGATIONS

6.	Nicestuff purchased various goods in the ordinary course of its business from Parrot (the "Parrot Goods"), and the Parrot Goods are specifically identified on invoices issued to, and accepted by, Nicestuff (the "Invoices"). True and correct copies of the Invoices are attached hereto as Composite Exhibit A and incorporated herein by reference.

7.	Nicestuff has failed to pay for the Parrot Goods.

## COUNT I – ACCOUNT STATED

8.	Parrot adopts and incorporates by reference the allegations contained in paragraphs 1 through 7 of the Complaint as if fully set forth herein.

9.	Before the institution of this action, Parrot and Nicestuff had business transactions between them and they agreed to the balances resulting from such transactions.

10.	Parrot rendered the Parrot Goods to Nicestuff. Nicestuff accepted the Parrot Goods.

11.	Parrot also rendered the Invoices for the Parrot Goods, copies of which are attached hereto as Exhibit A, to Nicestuff and Nicestuff did not object to the Invoices.

BILZIN SUMBERG BAENA PRICE & AXELROD LLP
200 SOUTH BISCAYNE BOULEVARD, SUITE 2500 • MIAMI, FLORIDA 33131-5340

12. Thereafter, Parrot rendered a statement to Nicestuff setting forth all overdue amounts owed to Parrot by Nicestuff, a copy of which is attached hereto as Exhibit B and incorporated herein by reference. Nicestuff did not object to the statement.

14. Nicestuff owes Parrot $172,256.71 plus interest according to, and as shown in, Exhibits A and B.

WHEREFORE, PARROT demands judgment against NICESTUFF for a sum in excess of $172,256.71, together with prejudgment and post judgment interest, costs, and any other relief deemed just and proper.

## COUNT II – OPEN ACCOUNT

13. Parrot adopts and incorporates by reference the allegations contained in paragraphs 1 through 7 of the Complaint as if fully set forth herein.

14. Nicestuff owes Parrot $172,256.71 plus interest according to, and as shown in, the account established by the Invoices and statement attached hereto as Exhibits A and B.

WHEREFORE, PARROT demands judgment against NICESTUFF for a sum in excess of $172,256.71 together with prejudgment and post judgment interest, costs, attorneys' fees and any other relief deemed just and proper.

## COUNT III – GOODS SOLD

15. Parrot adopts and incorporates by reference the allegations contained in paragraphs 1 through 7 of the Complaint as if fully set forth herein.

16. Nicestuff owes Parrot $172,256.71 that is due with interest since the respective invoice dates, for the following Parrot Goods sold and delivered by Parrot to Nicestuff between September 29, 2005 and January 30, 2006:

    (a)    330 CK3100 Bluetooth Handfree Car Kits from Invoice 1914 dated January 9, 2006;

    (b)    200 Easy Drives CK3200 LS Color from Invoice 1922 dated January 16, 2006;

    (c)    370 CK3100 Bluetooth Handfree Car Kits from Invoice 1959 dated January 23, 2006;

    (d)    500 Easy Drives CK3200 LS Color from Invoice 1960 dated January 23, 2006;

    (e)    40 Rhythm & Blue from Invoice 1958 dated January 27, 2006;

    (f)    100 CK3100 Bluetooth Handfree Car Kits from Invoice 1965 dated January 30, 2006; and

    (g)    200 CK3100 Bluetooth Handfree Car Kits and 50 Easy Drives from Invoice 1334 dated September 29, 2005 as adjusted by Invoice 27872 dated February 1, 2006.

WHEREFORE, Parrot demands judgment against Nicestuff for damages in excess of $172,256.71, together with prejudgment and post judgment interest, costs, and any other relief deemed just and proper.

### COUNT IV – UNJUST ENRICHMENT

17.    Parrot adopts and incorporates by reference the allegations contained in paragraphs 1 through 7 of the Complaint as if fully set forth herein.

18.    Nicestuff ordered the Parrot Goods from Parrot.

19.    As evidenced by the Invoices and statement attached hereto as Exhibits A and B, Parrot provided Nicestuff with the Parrot Goods.

4

20. Nicestuff accepted the Parrot Goods.

21. Since delivery Nicestuff has had the benefit and use of the Parrot Goods, and specifically has been able to resell the Parrot Goods for profit.

22. Despite having had the exclusive use and benefit of the goods delivered to Nicestuff by Parrot, Nicestuff has refused to pay for the Parrot Goods. Therefore, Nicestuff owes Parrot no less than $172,256.71 that is due with interest for payment of the Parrot Goods.

23. Under the present circumstances, it would be inequitable for Nicestuff to retain the benefit of the Parrot Goods without paying the value thereof.

WHEREFORE, Parrot demands judgment against Nicestuff for damages in excess of $172,256.71, together with prejudgment and post judgment interest, costs, and any other relief deemed just and proper.

Dated: *August 9, 2006*

Respectfully submitted,

BILZIN SUMBERG BAENA PRICE & AXELROD LLP
200 S. Biscayne Blvd., Suite 2500
Miami, Florida 33131-5340
Tel: (305) 350-7202
Fax: (305) 351-2216

By: *William Hill*

William K. Hill, P.A.
Florida Bar No. 747180
Melissa Pallett-Vásquez
Florida Bar No. 715816



PARROT, INC.
27777 Franklin Road, Suite 1200
Southfield, MI 48034-8262

Phone # (248) 358-0920
Fax # (248) 358-4766

# Invoice

| Date | Invoice # |
|---|---|
| 1/9/2006 | 1914 |

| Bill To |
|---|
| NICESTUFF DISTRIBUTING INTL, INC.<br>34 SOUTH FEDERAL HIGHWAY<br>SUITE A<br>DANIA BEACH, FL 33004 |

| Ship To |
|---|
| NICESTUFF DISTRIBUTING INTL, INC.<br>34 SOUTH FEDERAL HIGHWAY<br>SUITE A<br>DANIA BEACH, FL 33004 |

| P.O. No. | Terms |
|---|---|
| 299 | NET 30 |

| Quantity | Description | Rate/USD | Amount |
|---|---|---|---|
| 330 | CK3100 BLUETOOTH HANDFREE CAR KIT | 116.00 | 38,280.00 |
|  | SHIPPING | 302.74 | 302.74 |

PLEASE SEND THE PAYMENT TO:
PARROT, INC
27777 FRANKLIN ROAD, SUITE 1200
SOUTHFIELD, MI 48034

FOR WIRE TRANSFERS, PLEASE USE:
BANK ONE
ACCOUNT # 639918754
ROUTING # 072000326
SWIFT CODE # CHASUS33 (FOR INTERNATIONAL WIRES)

THANK YOU FOR YOUR BUSINESS

**Total/USD**  $38,582.74

In accordance with Parrot's Terms and Conditions, the buyer will be subject to a late payment charge on past due amounts equal to the lesser of (a) 1.5% per month times the overdue amount, or (b) the maximum late payment charge allowed by law.

EXHIBIT "A"

PARROT, INC.
27777 Franklin Road, Suite 1200
Southfield, MI 48034-8262

Parrot
We put Bluetooth™ in your car

Phone #  (248) 358-0920
Fax #    (248) 358-4766

# Invoice

| Date | Invoice # |
|---|---|
| 1/16/2006 | 1922 |

| Bill To | Ship To |
|---|---|
| NICESTUFF DISTRIBUTING INTL, INC<br>34 SOUTH FEDERAL HIGHWAY<br>SUITE A<br>DANIA BEACH, FL 33004 | NICESTUFF DISTRIBUTING INTL, INC<br>34 SOUTH FEDERAL HIGHWAY<br>SUITE A<br>DANIA BEACH, FL 33004 |

| P.O. No. | Terms |
|---|---|
| 304 | NET 30 |

| Quantity | Description | Rate/USD | Amount |
|---|---|---|---|
| 200 | EASY DRIVE | 57.00 | 11,400.00 |
| 0 | CK3200 LS COLOR | 151.00 | 0.00 |
|   | SHIPPING | 85.50 | 85.50 |

PLEASE SEND THE PAYMENT TO:
PARROT, INC
27777 FRANKLIN ROAD, SUITE 1200
SOUTHFIELD, MI 48034

FOR WIRE TRANSFERS, PLEASE USE:
BANK ONE
ACCOUNT # 639918754
ROUTING # 072000326
SWIFT CODE # CHASUS33 (FOR INTERNATIONAL WIRES)

THANK YOU FOR YOUR BUSINESS

**Total/USD**   $11,485.50

In accordance with Parrot's Terms and Conditions, the buyer will be subject to a late payment charge on past due amounts equal to the lesser of (a) 1.5% per month times the overdue amount, or (b) the maximum late payment charge allowed by law.

PARROT, INC.
27777 Franklin Road, Suite 1200
Southfield, MI 48034-8262

Phone # (248) 358-0920
Fax # (248) 358-4766

# Invoice

| Date | Invoice # |
|---|---|
| 1/23/2006 | 1959 |

| Bill To |
|---|
| NICESTUFF DISTRIBUTING INTL, INC. |
| 34 SOUTH FEDERAL HIGHWAY |
| SUITE A |
| DANIA BEACH, FL 33004 |

| Ship To |
|---|
| NICESTUFF DISTRIBUTING INTL, INC. |
| 34 SOUTH FEDERAL HIGHWAY |
| SUITE A |
| DANIA BEACH, FL 33004 |

| P.O. No. | Terms |
|---|---|
| 299 | NET 30 |

| Quantity | Description | Rate/USD | Amount |
|---|---|---|---|
| 370 | CK3100 BLUETOOTH HANDFREE CAR KIT | 116.00 | 42,920.00 |
|  | SHIPPING | 596.99 | 596.99 |

PLEASE SEND THE PAYMENT TO:
PARROT, INC
27777 FRANKLIN ROAD, SUITE 1200
SOUTHFIELD, MI 48034

FOR WIRE TRANSFERS, PLEASE USE:
BANK ONE
ACCOUNT # 639918754
ROUTING # 072000326
SWIFT CODE # CHASUS33 (FOR INTERNATIONAL WIRES)

THANK YOU FOR YOUR BUSINESS

**Total/USD** $43,516.99

In accordance with Parrot's Terms and Conditions, the buyer will be subject to a late payment charge on past due amounts equal to the lesser of (a) 1.5% per month times the overdue amount, or (b) the maximum late payment charge allowed by law.

**PARROT, INC.**
Parrot  27777 Franklin Road, Suite 1200
Southfield, MI 48034-8262

We put Bluetooth in your car

Phone #  (248) 358-0920
Fax #    (248) 358-4755

# Invoice

| Date | Invoice # |
|---|---|
| 1/23/2006 | 1960 |

| Bill To | Ship To |
|---|---|
| NICESTUFF DISTRIBUTING INTL. INC.<br>34 SOUTH FEDERAL HIGHWAY<br>SUITE A<br>DANIA BEACH, FL 33004 | NICESTUFF DISTRIBUTING INTL. INC.<br>34 SOUTH FEDERAL HIGHWAY<br>SUITE A<br>DANIA BEACH, FL 33004 |

| P.O. No. | Terms |
|---|---|
| 304 | NET 30 |

| Quantity | Description | Rate/USD | Amount |
|---|---|---|---|
| 0 | EASY DRIVE | 57.00 | 0.00 |
| 500 | CK3200 LS COLOR | 151.00 | 75,500.00 |

PLEASE SEND THE PAYMENT TO:
PARROT, INC
27777 FRANKLIN ROAD, SUITE 1200
SOUTHFIELD, MI 48034

FOR WIRE TRANSFERS, PLEASE USE:
BANK ONE
ACCOUNT # 639918754
ROUTING # 072000326
SWIFT CODE # CHASUS33 (FOR INTERNATIONAL WIRES)

THANK YOU FOR YOUR BUSINESS

**Total/USD**   $75,500.00

In accordance with Parrot's Terms and Conditions, the buyer will be subject to a late payment charge on past due amounts equal to the lesser of (a) 1.5% per month times the overdue amount, or (b) the maximum late payment charge allowed by law.

PARROT, INC.
27777 Franklin Road, Suite 1200
Southfield, MI 48034-8262

Phone # (248) 358-0920
Fax # (248) 358-4760

# Invoice

| Date | Invoice # |
|---|---|
| 1/27/2006 | 1958 |

**Bill To**
NICESTUFF DISTRIBUTING INTL, INC.
34 SOUTH FEDERAL HIGHWAY
SUITE A
DANIA BEACH, FL 33004

**Ship To**
NICESTUFF DISTRIBUTING INTL, INC.
34 SOUTH FEDERAL HIGHWAY
SUITE A
DANIA BEACH, FL 33004

| P.O. No. | Terms |
|---|---|
| 307 | NET 30 |

| Quantity | Description | Rate/USD | Amount |
|---|---|---|---|
| 40 | RHYTHM & BLUE | 177.00 | 7,080.00 |
|  | SHIPPING | 96.88 | 96.88 |

PLEASE SEND THE PAYMENT TO:
PARROT, INC
27777 FRANKLIN ROAD, SUITE 1200
SOUTHFIELD, MI 48034

FOR WIRE TRANSFERS, PLEASE USE:
BANK ONE
ACCOUNT # 639918754
ROUTING # 072000326
SWIFT CODE # CHASUS33 (FOR INTERNATIONAL WIRES)

THANK YOU FOR YOUR BUSINESS

**Total/USD**  $7,176.88

In accordance with Parrot's Terms and Conditions, the buyer will be subject to a late payment charge on past due amounts equal to the lesser of (a) 1.5% per month times the overdue amount, or (b) the maximum late payment charge allowed by law.



PARROT, INC.
27777 Franklin Road, Suite 1200
Southfield, MI 48034-8262

Phone # (248) 358-0920
Fax # (248) 358-4765

# Invoice

| Date | Invoice # |
|---|---|
| 1/30/200- | 19(5 |

| Bill To |
|---|
| NICESTUFF DISTRIBUTING INTL, INC<br>34 SOUTH FEDERAL HIGHWAY<br>SUITE A<br>DANIA BEACH, FL 33004 |

| Ship To |
|---|
| NICESTUFF DISTRIBUTING INTL, INC<br>34 SOUTH FEDERAL HIGHWAY<br>SUITE A<br>DANIA BEACH, FL 33004 |

| P.O. No. | Terms |
|---|---|
| 305 | NET 30 |

| Quantity | Description | Rate/USD | Amount |
|---|---|---|---|
| 97 | CK3100 BLUETOOTH HANDFREE CAR KIT | 0.00 | |
| 3 | CK3100 BLUETOOTH HANDFREE CAR KIT | 116.00 | 348.00 |
| | SHIPPING | 107.60 | 107.60 |

PLEASE SEND THE PAYMENT TO:
PARROT, INC
27777 FRANKLIN ROAD, SUITE 1200
SOUTHFIELD, MI 48034

FOR WIRE TRANSFERS, PLEASE USE:
BANK ONE
ACCOUNT # 639918754
ROUTING # 072000326
SWIFT CODE # CHASUS33 (FOR INTERNATIONAL WIRES)

THANK YOU FOR YOUR BUSINESS

**Total/USD** $455.60

In accordance with Parrot's Terms and Conditions, the buyer will be subject to a late payment charge on past due amounts equal to the lesser of (a) 1.5% per month times the overdue amount, or (b) the maximum late payment charge allowed by law.

PARROT, INC.
27777 Franklin Road, Suite 1200
Southfield, MI 48034-8262

Phone # (248) 358-0920
Fax # (248) 358-4766

We put Bluetooth in your car

# Invoice

| Date | Invoice # |
|---|---|
| 2/1/2006 | 27872 |

| Bill To |
|---|
| NICESTUFF DISTRIBUTING INTL, INC. |
| 34 SOUTH FEDERAL HIGHWAY |
| SUITE A |
| DANIA BEACH, FL 33004 |

| Ship To |
|---|
| NICESTUFF DISTRIBUTING INTL, INC |
| 34 SOUTH FEDERAL HIGHWAY |
| SUITE A |
| DANIA BEACH, FL 33004 |

| P.O. No. | Terms |
|---|---|
|  | NET 30 |

| Quantity | Description | Rate/USD | Amount |
|---|---|---|---|
|  | INVENTORY ADJUSTMENT CORRECTION TO INVOICE 1334 DATED 09/29/05. BOOKED IN 2006 DUE TO 2005 BOOKS BEING CLOSED. | 3,400.00 | 3,400.00 |

PLEASE SEND THE PAYMENT TO:
PARROT, INC
27777 FRANKLIN ROAD, SUITE 1200
SOUTHFIELD, MI 48034

FOR WIRE TRANSFERS, PLEASE USE:
BANK ONE
ACCOUNT # 639918754
ROUTING # 072000326
SWIFT CODE # CHASUS33 (FOR INTERNATIONAL WIRES)

THANK YOU FOR YOUR BUSINESS

**Total/USD**  $3,400.00

In accordance with Parrot's Terms and Conditions, the buyer will be subject to a late payment charge on past due amounts equal to the lesser of (a) 1.5% per month times the overdue amount, or (b) the maximum late payment charge allowed by law.

# Invoice

| Date | Invoice # |
|---|---|
| 9/29/2005 | 1334 |

| Bill To | Ship To |
|---|---|
| NICESTUFF DISTRIBUTING INTL, INC<br>34 SOUTH FEDERAL HIGHWAY<br>SUITE A<br>DANIA BEACH, FL 33004 | NICESTUFF DISTRIBUTING INTL, INC.<br>34 SOUTH FEDERAL HIGHWAY<br>SUITE A<br>DANIA BEACH, FL 33004 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 253 | NET 30 | NCI | 9/29/2005 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 200 | CK 3100 | CK3100 BLUETOOTH HANDFREE CAR KIT | 110.00 | 22,000.00 |
| 50 | EASY DRIVE | EASY DRIVE | 57.00 | 2,850.00 |

**Total** $24,850.00

 PARROT, INC.
27777 Franklin Road. Suite 1200
Southfield, MI 48034-8262

# Statement

| Date |
|---|
| 6/9/2006 |

**To:**
NICESTUFF DISTRIBUTING INTL, INC.
34 SOUTH FEDERAL HIGHWAY
SUITE A
DANIA BEACH, FL 33004

| Amount Due | Amount Enc. |
|---|---|
| $172,256.71 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 01/09/2006 | INV #1914. Due 02/08/2006. Orig. Amount $38,582.74. | 38,582.74 | 38,582.74 |
| 01/16/2006 | INV #1922. Due 02/15/2006. Orig. Amount $11,485.50. | 11,485.50 | 50,068.24 |
| 01/17/2006 | CREDMEM #2006011201. | -7,861.00 | 42,207.24 |
| 01/23/2006 | INV #1959. Due 02/22/2006. Orig. Amount $43,516.99 | 43,516.99 | 85,724.23 |
| 01/23/2006 | INV #1960. Due 02/22/2006. Orig. Amount $75,500.00. | 75,500.00 | 161,224.23 |
| 01/27/2006 | INV #1958. Due 02/26/2006. Orig. Amount $7,176.88. | 7,176.88 | 168,401.11 |
| 01/30/2006 | INV #1965. Due 03/01/2006. Orig. Amount $455.60. | 455.60 | 168,856.71 |
| 02/01/2006 | INV #27872. Due 03/03/2006. Orig. Amount $3,400.00. | 3,400.00 | 172,256.71 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 172,256.71 | $172,256.71 |

EXHIBIT "B"

**§JS 44** (Rev. 11/05)                                                                   CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

### I. (a) PLAINTIFFS
Parrot, Inc., a Texas Corporation

### DEFENDANTS
NiceStuff Distributing International, Inc., a Florida Corporation

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Broward
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
William K. Hill, Esq., Bilzin, Sumberg Baena Price & Axelrod,
200 South Biscayne, Blvd., 25th Floor, Miami, FL 33131
(305) 350-7202

Attorneys (If Known)
Richard M. Blau, Esq., Gray Robinson, 201 N. Franklin Street, Suite 2200, Post Office Box 3324, Tampa, FL 33601

(d) Check County Where Action Arose: ☒ MIAMI-DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |  | ☐ 871 IRS--Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land |  / ☐ 530 General |  |  | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights |  |  |  |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition |  |  |  |

### V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. RELATED/RE-FILED CASE(S).
(See instructions second page):
a) Re-filed Case ☐ YES ☒ NO     b) Related Cases ☐ YES ☒ NO
JUDGE _____     DOCKET NUMBER _____

### VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
28 USC 1332

LENGTH OF TRIAL via  1  days estimated (for both sides to try entire case)

### VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD

DATE  8/11/06

FOR OFFICE USE ONLY
AMOUNT $350.00   RECEIPT # 745098

08/11/06