UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-61231-DIMITROULEAS/ROSENBAUM

PARROT, INC.,

                    Plaintiff,

v.

NICESTUFF DISTRIBUTING INTERNATIONAL,
INC.,

                    Defendant.

_____/

## ORDER

This matter comes before the Court upon Third-party Defendant NiceStuff Distributing, Inc.'s ("NiceStuff") Motion for Protective Order. [D.E. 113].  In reviewing the Motion, the Court notes that it seeks protection from a Notice of Deposition *Duces Tecum* setting the scheduled deposition and document production for January 27, 2009.  Under the briefing schedule set forth in the Court's Local Rules, NiceStuff's Motion would not become ripe until after January 27, 2009. In order for the Court to attempt to resolve this Motion by January 27, 2009, it is necessary for the Court to expedite briefing.  Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiff shall file its response to NiceStuff's Motion by **12:00 p.m., Friday, January 23, 2009**.  Should NiceStuff wish to file a reply, it shall do so by **10:00 a.m., Monday, January 26, 2009.**

        **DONE AND ORDERED** this 21st day of January, 2009.

                                        _____
                                        ROBIN S. ROSENBAUM
                                        UNITED STATES MAGISTRATE JUDGE

cc:    Hon. William P. Dimitrouleas
       Counsel of Record