UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-61231-DIMITROULEAS/ROSENBAUM

PARROT, INC.,
        Plaintiff,

v.

NICESTUFF DISTRIBUTING INTERNATIONAL, INC.,
        Defendant.
_____/

## ORDER

This matter comes before the Court upon Non-Party ESI, Inc.'s ("ESI") Motion to Quash Subpoena and for Protective Order [D.E. 115]. In reviewing the Motion, the Court notes that it seeks protection from a Notice of Deposition *Duces Tecum* setting the scheduled deposition and document production for January 27, 2009. Under the briefing schedule set forth in the Court's Local Rules, ESI's Motion would not become ripe until after January 27, 2009. In order for the Court to attempt to resolve this Motion by January 27, 2009, it is necessary for the Court to expedite briefing. Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiff shall file its response to ESI's Motion by **12:00 p.m., Monday, January 26, 2009.**

**DONE AND ORDERED** this 23rd day of January, 2009.

ROBIN S. ROSENBAUM
UNITED STATES MAGISTRATE JUDGE

cc:    Hon. William P. Dimitrouleas
        Counsel of Record